*October 14, 1947.*

ESTATE OF LINDH : LUNDGREN, Respondent, vs. LINDH, Administrator, Appellant.

For the appellant : *Morris E. Yager* of Frederic.
For the respondent : *Nelton & McGinnis* of Balsam Lake.

*By the Court.*—Judgment affirmed.